IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATHANIEL OWENS, ET AL., | CIVIL ACTION NO. 3:CV-02-0356 |
| Plaintiffs, | |
| v. | (JUDGE CAPUTO) |
| MARTIN F. HORN, ET AL., | |
| Defendants. | |

## MEMORANDUM ORDER

Before me is Motion for Sanctions for Non-Compliance of Court Order (Doc. 264) Not to Stop Communications Between and Among Plaintiffs until Further Order of the Court, (Doc. 491), in which Plaintiffs Owens and Warren seek sanctions from the Defendants because Defendants' counsel wrote to the institution housing Plaintiffs Owens and Warren directly that communications between and among Messrs. Owens, Warren, Cotton and Futch were to be limited to those between Messrs. Cotton and Futch, since Messrs. Owens and Warren were dismissed from this civil action by this Court's Order of June 26, 2008.

Given the dismissal of Messrs. Owens and Warren as Plaintiffs, there is no basis to require communication involving them because they are no longer plaintiffs.

NOW, therefore this 30th day of September, 2008, IT IS HEREBY ORDERED that the Motion for Sanctions for Non-Compliance of Court Order (Doc.

264) Not to Stop Communications Between and Among Plaintiffs until Further Order of the Court, (Doc. 491), is DENIED.

                                                  /s/ A. Richard Caputo
                                                  A. Richard Caputo
                                                  United States District Judge